**Order entered September 26, 2022**



In The
## Court of Appeals
## Fifth District of Texas at Dallas

No. 05-22-00690-CV

**BRYAN A. STEMPOWSKI, Appellant**

**V.**

**REACH CONSTRUCTION GROUP, LLC, Appellee**

**On Appeal from the 193rd Judicial District Court
Dallas County, Texas
Trial Court Cause No. DC-21-01624**

### ORDER

Appellant appeals from the trial court's June 16, 2022 judgment. Although the judgment recites that it disposes of all parties and claims, it specifically reserved the amount of appellee's attorney's fees for later determination. A final judgment is one that disposes of all parties and claims. *See Lehmann v. Har–Con Corp.,* 39 S.W.3d 191, 195 (Tex. 2001). Because of that pending claim for attorney's fees, the parties have filed a joint motion for stay and brief in support thereof. The parties ask that we stay the appeal pending the trial court's resolution

of the attorney's fees issue.  We **GRANT** the motion as follows.  The parties shall have **THIRTY DAYS** from the date of this order to obtain an order from the trial court on the issue of attorney's fees.  We **ORDER** Dallas County District Clerk Felicia Pitre to file, **WITHIN THIRTY-FIVE DAYS** of the date of this order, a supplemental clerk's record containing any order awarding attorney's fees or written verification that no such order has been signed.

Also before the Court are appellee's August 31, 2022 motion to dismiss the appeal for want of jurisdiction and brief in support.  In light of the parties' joint motion to stay, we **DENY** the motion as moot.

We **DIRECT** the Clerk of this Court to send a copy of this order to the Honorable Bridgett Whitmore, Presiding Judge of the 193rd Judicial District Court; Ms. Pitre; and, all parties.

We **ABATE** this appeal.  It will be reinstated in forty days of the date of this order or when the requested supplemental clerk's record is filed, whichever occurs sooner.

/s/    BILL PEDERSEN, III
JUSTICE